UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENESIS BEY,

                            Plaintiff,

          -against-

JOHN/JANE DOE,

                            Defendant.

23-CV-3222 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 19, 2023, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint.

The Clerk's Office mailed the order to Plaintiff on April 20, 2023, and it was returned as undeliverable on May 3, 2023. Plaintiff has not filed an IFP application or paid the fees, and he has not updated his address or otherwise communicated with the court. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:  June 20, 2023
        New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                          Chief United States District Judge